IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 98-50211
Summary Calendar
_____


FREDERICO FIERRO,

                                        Plaintiff-Appellant,

                        versus

KENNETH S. APFEL, Commissioner of
Social Security,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. A-94-CV-822
_____

November 3, 1998

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

        Frederico Fierro appeals the affirmance of the Commissioner's
decision denying him social security disability and supplemental
income benefits.

        Fierro argues that the administrative law judge ("ALJ") failed
to consider nonexertional impairments, namely, hearing loss,
depression, and a history of somatization, as well as the
exertional limitation to Fierro's right elbow.  Because Fierro
failed to raise this argument before the Appeals Council, and thus

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

failed to exhaust his administrative remedies, we have no jurisdiction to consider the matter.  See Paul v. Shalala, 29 F.3d 208, 210 (5th Cir. 1994).

Fierro challenges the ALJ's consideration of his complaints of chronic pain.  Our review of the record reveals that the ALJ applied the correct legal standard by utilizing the correct analysis and that the determination concerning Fierro's subjective complaints of pain is supported by substantial evidence.  See Falco v. Shalala, 27 F.3d 160, 163 (5th Cir. 1994); Wren v. Sullivan, 925 F.2d 123, 128 (5th Cir. 1991); Anderson v. Sullivan, 887 F.2d 630, 633-34 (5th Cir. 1989).

Fierro also argues that the report by Dr. Charles Parker should have been considered as new evidence.  We find no error by the district court in refusing to remand the case to the Commissioner.  See Haywood v. Sullivan, 888 F.2d 1463, 1471-72 (5th Cir. 1989).

A F F I R M E D.